## AMICK v. TOWN OF STALLINGS

No. 396PA89

Case below: 95 N.C. App. 64

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 December 1989.

## BLANCHFIELD v. SODEN

No. 391P89

Case below: 95 N.C. App 191

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## BRITT JACKS & ASSOC. v. WEATHERFORD

No. 394P89

Case below: 95 N.C. App. 223

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## BROOKS v. STROH BREWERY CO.

No. 436P89

Case below: 95 N.C. App 226

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## BROWN v. BURLINGTON INDUSTRIES, INC.

No. 206PA89

Case below: 93 N.C. App. 431

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals allowed 16 November 1989.